**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 05, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00504-CV

---

**RICARDO SERRANO, Appellant**

**V.**

**DENISE M. SERRANO, Appellee**

---

**On Appeal from the 224th District Court
Bexar County, Texas
Trial Court Cause No. 2020-CI-16298**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed April 18, 2023. On November 16, 2023, the parties filed a join motion to dismiss the appeal. *See* Tex. R. App. P. 42.2. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher, Justices Wise and Jewell.